**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

    2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
            Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rocke Andre Evans                            CASE NO.: 17-14149-EPK
Last Four Digits of SS#: 9783

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

        A.     $1,779.43 for months __1__ to __5__;
        B.     $ 367.65 for months __6__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fee and Costs - $3,500.00 (Base Chapter 13 Fee)
                                             $2,500.00 (fee for MMM program, total $2,500.00)
                                             $ 525.00 (fee for Motion to Value)
                 Total Attorney's Fees -      $6,525.00
                 Amount Paid-(Pre-petition) ($ 0.00)
                 Balance Due Though Plan $6,525.00     payable $1,305.00/month (Months _1_ to _5_)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: None

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ally Financial<br>P.O. Box 130424<br>Roseville, MN 55113-0004<br>Acct: 2122 | 2011 Buick Enclave CXL<br>VIN: 8044<br>Value: $14,000<br>(POC 3) | 6% | $270.66 | 1 to 60 | $16,239.66 |

Priority Creditors: [as defined in 11 U.S.C. §507]:

1. Internal Revenue Service                   Total Due $3,656.25
P.O. Box 7346                                     Payable $ 42.00/month (Months 1 to 5)
Philadelphia, PA 19101-7346             Payable $ 63.57/month (Months 6 to 59)
Acct: 9783 (POC 4)                         Payable $ 13.47/month (Months 60 to 60)

Unsecured Creditors:    Pay     $ 0.00/month (Months 1 to 59);
                             Pay     $50.00/month (Months 60 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. Debtor will treat creditor, Nationstar Mortgage, LLC (Acct. No. 5584, POC 5), directly outside the plan by either selling, refinancing, curing, applying for loan modification or defending against any foreclosure action with any possible defenses available. In the event of any of the aforesaid remedies occurring, debtor will modify the plan accordingly. Debtor further agrees to relief from the stay for said creditor as the debtor is not treating the creditor in the Chapter 13 plan.

LF-31(rev. 1/08/10)

2. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case.  In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Jeffrey H. Tromberg, Esq.**
**For:  Rocke Andre Evans, Debtor.**

Date:  September 25, 2017.

LF-31(rev. 1/08/10)